**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHRISTINE MARTINO-FLEMING, Relator<br><br>and<br><br>COMMONWEALTH OF MASSACHUSETTS ex rel. CHRISTINE MARTINO-FLEMING, Relator<br><br>v.<br><br>SOUTH BAY MENTAL HEALTH CENTER, INC.; COMMUNITY INTERVENTION SERVICES, INC.; H.I.G. GROWTH PARTNERS, LLC; H.I.G. CAPITAL, LLC; PETER J. SCANLON; AND KEVIN P. SHEEHAN | Civil Action No. 15-CV-13065-PBS |

**DEFENDANT SOUTH BAY MENTAL HEALTH CENTER INC.'S MOTION TO DISMISS THE RELATOR'S SECOND AMENDED COMPLAINT**

Defendant South Bay Mental Health Center Inc. ("South Bay") respectfully moves to dismiss Relator Christine Martino-Fleming's Second Amended Complaint for the reasons stated more fully in South Bay's Memorandum of Law filed contemporaneously herewith.

Dated: February 16, 2018

Respectfully submitted,

/s/ Evan D. Panich
Mark W. Pearlstein (BBO # 542064)
Evan D. Panich (BBO # 681730)
Shamis N. Beckley (BBO # 697425)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
mpearlstein@mwe.com
epanich@mwe.com
sbeckley@mwe.com
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

## LOCAL RULE 7.1 CERTIFICATION

On February 15, 2017, I conferred in good faith with counsel for the Relator, in an effort to narrow or resolve the issues raised in this motion. Counsel for the Relator indicated that the Relator opposed the motion.

/s/ Evan D. Panich

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2018.

/s/ Evan D. Panich

DM_US 89039853-1.066497.0417