IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CHRISTINE MARTINO-FLEMING, Relator, <br><br>and<br><br>COMMONWEALTH OF MASSACHUSETTS, ex rel. CHRISTINE MARTINO-FLEMING,<br><br>Relator,<br><br>vs.<br><br>SOUTH BAY MENTAL HEALTH CENTER, INC., COMMUNITY INTERVENTION SERVICES, INC., COMMUNITY INTERVENTION SERVICES HOLDINGS, INC., H.I.G. GROWTH PARTNERS, H.I.G. CAPITAL, LLC., PETER J. SCANLON, AND KEVIN P. SHEEHAN<br><br>Defendants. | Civil Action No. 15-cv-13065 |

## RELATOR'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iii), Relator Christine Martino-Fleming respectfully moves this Court for an order compelling Defendant South Bay Mental Health Center, Inc., ("South Bay") to produce a complete answer to Interrogatory No. 2 of Relator's First Set of Interrogatories to South Bay Mental Health Center, Inc. for the reasons set forth in Relator's Memorandum of Law filed contemporaneously herewith.

Dated: February 14, 2019                         Respectfully submitted,

                                                 **HAMILTON WINGO, LLP**

                                                 By: */s/ Christopher S. Hamilton*

1

2

Christopher S. Hamilton (*pro hac vice*)
Texas State Bar No. 24046013
Stephen T. Blackburn (*pro hac vice*)
Texas State Bar No. 24043555
California State Bar No. 232887
Andrea L. Fitzgerald (*pro hac vice*)
Texas State Bar No. 24081982
325 North St. Paul Street, Suite 3300
Dallas, Texas 75201
214-234-7900 (Telephone)
214-234-7300 (Facsimile)
chamilton@hamiltonwingo.com
sblackburn@hamiltonwingo.com
afitzgerald@hamiltonwingo.com

**WATERS & KRAUS, LLP**
Charles Siegel (*pro hac vice*)
Texas State Bar No. 18341875
Pennsylvania State Bar No. 310882
Caitlyn E. Silhan (*pro hac vice*)
Texas State Bar No. 24072879
California State Bar No. 303177
Taryn Ourso (*pro hac vice*)
Texas State Bar No. 24107315
3141 Hood Street, Suite 700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-357-7252 (Facsimile)
siegel@waterskraus.com
csilhan@waterskraus.com
tourso@waterskraus.com

**JEFFREY NEWMAN LAW**
Jeffrey A. Newman
Massachusetts BBO # 370450
One Story Terrace
Marblehead, MA 01945
(617) 823-3217 (Telephone)
(781) 639-8688 (Facsimile)
jeffrey.newman1@gmail.com

***ATTORNEYS FOR PLAINTIFF-RELATOR***

## **CERTIFICATE OF SERVICE**

I, Stephen T. Blackburn, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 14, 2019.

By: /s/ *Stephen T. Blackburn*_____