UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> CHRISTINE MARTINO-FLEMING, Relator ) <br> ) <br> and ) <br> ) <br> COMMONWEALTH OF MASSACHUSETTS ) <br> ex rel. CHRISTINE MARTINO-FLEMING, ) <br> Relator ) <br> ) <br> v. ) <br> ) <br> SOUTH BAY MENTAL HEALTH CENTER, ) <br> INC.; COMMUNITY INTERVENTION ) <br> SERVICES, INC.; COMMUNITY ) <br> INTERVENTION SERVICES HOLDINGS, INC.; ) <br> H.I.G. GROWTH PARTNERS, ) <br> LLC; H.I.G. CAPITAL, LLC; PETER J. ) <br> SCANLON; AND KEVIN P. SHEEHAN ) | Civil Action No. 15-cv-13065-PBS |

**PARTIES' REQUEST FOR LIMITED**
**FURTHER STAY OF PROCEEDINGS**

Plaintiffs the Commonwealth of Massachusetts and Relator Christine Martino-Fleming (collectively, "Plaintiffs") and Defendants[1] H.I.G. Growth Partners, LLC and H.I.G. Capital, LLC (collectively, "H.I.G."), Peter J. Scanlon, and Kevin Sheehan (collectively, "Defendants") request that the Court extend the administrative stay in this matter an additional thirty (30) days to September 22, 2021.

As grounds for this request, the parties state that they are working productively to execute a settlement agreement that will resolve this matter. The parties have continued to exchange drafts of the settlement agreement and have only a few final issues remaining to resolve. The parties do not expect these issues to scuttle resolution of the case but need some additional time to address

---

[1] On January 6, 2021, Defendants South Bay Mental Health Center, Inc, Community Intervention Services, Inc., and Community Intervention Services Holdings, Inc. filed a Notice of Pending Bankruptcy, ECF No. 352, advising the Court of their Chapter 11 petition pending in the United States Bankruptcy Court for the District of Massachusetts. Pursuant to 11 U.S.C. § 362(a), this action is presently stayed as to these Defendants.

them, given the complexity of the matter and the number of parties involved. The United States assents to this request for a limited stay.

Dated: August 13, 2021

Respectfully submitted,

**MAURA HEALEY**
**ATTORNEY GENERAL**

By: */s/ Kevin Lownds*
Gregory H. Matthews (BBO # 653316)
Kevin Lownds (BBO # 685274)
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 727-2000
Fax: (617) 727-2008

***ATTORNEYS FOR PLAINTIFF***
***COMMONWEALTH OF***
***MASSACHUSETTS***

**WATERS & KRAUS, LLP**
Charles Siegel (*pro hac vice*)
Texas State Bar No. 18341875
Pennsylvania State Bar No. 310882

By: */s/ Caitlyn E. Silhan (w/ consent)*
Caitlyn E. Silhan (*pro hac vice*)
Texas State Bar No. 24072879
California State Bar No. 303177
Taryn E. Ourso (*pro hac vice*)
Texas State Bar No. 24107315
3141 Hood Street, Suite 700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-357-7252 (Facsimile)
siegel@waterskraus.com
csilhan@waterskraus.com
tourso@waterskraus.com

**HAMILTON WINGO, LLP**
Christopher S. Hamilton (*pro hac vice*)
Texas State Bar No. 24046013

Ray T. Khirallah, Jr. (*pro hac vice*)
Texas State Bar No. 24081982
Andrea L. Fitzgerald (*pro hac vice*)
Texas State Bar No. 24081982
325 North St. Paul Street, Suite 3300
Dallas, Texas 75201
214-234-7900 (Telephone)
214-234-7300 (Facsimile)
chamilton@hamiltonwingo.com
rkhirallah@hamiltonwingo.com
afitzgerald@hamiltonwingo.com

**JEFFREY NEWMAN LAW**
Jeffrey A. Newman
Massachusetts BBO # 370450
One Story Terrace
Marblehead, MA 01945
(617) 823-3217 (Telephone)
(781) 639-8688 (Facsimile)
jeffrey.newman1@gmail.com

*ATTORNEYS FOR PLAINTIFF-RELATOR*


/s/ *Laura McLane (w/ consent)*
Mark W. Pearlstein (BBO # 542064)
Laura McLane (BBO # 644573)
Shamis N. Beckley (BBO # 697425)
Mara Theophila (BBO # 704763)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Email: mpearlstein@mwe.com
Email: lmclane@mwe.com
Email: sbeckley@mwe.com
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

*ATTORNEYS FOR DEFENDANTS SOUTH BAY MENTAL HEALTH CENTER, INC.; COMMUNITY INTERVENTION SERVICES, INC.; COMMUNITY INTERVENTION SERVICES HOLDINGS, INC.; H.I.G. GROWTH PARTNERS, LLC; AND H.I.G. CAPITAL, LLC*

/s/ Kelley A. Jordan-Price (w/ consent)
Michael J. Connolly (BBO#638611)
Kelley A. Jordan-Price (BBO #565964)
Laura B. Angelini (BBO #658647)
Tara A. Singh (BBO #697128)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
mconnolly@hinckleyallen.com
kprice@hinckleyallen.com
langelini@hinckleyallen.com
tsingh@hinckleyallen.com
Tel. (617) 345-9000
Fax (617) 345-9020

**ATTORNEYS FOR DEFENDANT PETER J. SCANLON**


/s/ Anne E. Railton (w/ consent)
Joseph F. Savage, Jr. (BBO# 443030)
Yvonne W. Chan (BBO# 669223)
Tucker DeVoe (BBO# 693426)
Goodwin Procter LLP
100 Northern Ave
Boston MA 02210
Tel.: 617-570-1000
jsavage@goodwinlaw.com
ychan@goodwinlaw.com
tdevoe@goodwinlaw.com

Anne E. Railton (*pro hac vice*)
Goodwin Procter LLP
620 Eighth Avenue
New York NY 10018
Tel.: 212-813-8800
ARailton@goodwinlaw.com

**ATTORNEYS FOR DEFENDANT KEVIN P. SHEEHAN**

**CERTIFICATE OF SERVICE**

I, Kevin Lownds, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> By: */s/ Kevin Lownds*
> Kevin Lownds (BBO # 685274)
> Assistant Attorney General
> One Ashburton Place
> Boston, Massachusetts 02108
> Tel: (617) 727-2000
> Fax: (617) 727-2008